**Hearing Date: May 20, 2010 at 11:30 a.m.**
**Objection Deadline: May 13, 2010 at 4:00 p.m.**
**Hearing Location: Syracuse, New York**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
In re

MOHAWK VALLEY NURSING       Chapter 11
HOME, INC.,

    Case No 09-30389 (MCR)

                   Debtor.

-------------------------------------------------------- x

# NOTICE OF HEARING ON MOTION OF THE
# OFFICIAL COMMITTEE OF UNSECURED CREDITORS
# FOR AN ORDER APPROVING A SETTLEMENT PURSUANT TO
# RULE 9019(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors ("Committee") by and through counsel, Arent Fox LLP, will move before Honorable Margaret Cangilos-Ruiz, United States Bankruptcy Judge for the Northern District of New York, United States Courthouse, 100 South Clinton Street, Syracuse, New York on **May 20, 2010 at 11:30 a.m.** prevailing Eastern Time, or as soon thereafter as counsel can be heard, for an Order Approving Settlement Pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure ("Motion").

**PURSUANT TO BANKRUPTCY RULE 9014 AND LOCAL BANKRUPTCY RULE 9013-1, IF YOU INTEND TO OPPOSE THE MOTION, YOU MUST SERVE ON THE COUNSEL FOR THE COMMITTEE AND FILE WITH THE CLERK OF THE BANKRUPTCY COURT, WRITTEN OPPOSITION TO THE MOTION NOT LATER THAN SEVEN (7) DAYS PRIOR TO THE RETURN DATE OF THIS MOTION. IN THE EVENT NO WRITTEN OPPOSITION IS SERVED AND FILED, NO HEARING ON THE OBJECTION WILL BE HELD BEFORE THE COURT ON THE RETURN DATE, AND THE COURT WILL CONSIDER THE OBJECTION AS UNOPPOSED.**

Dated: New York, New York
       April 16, 2010

Attorneys for the Official Committee of Unsecured Creditors

By:    */s/ Robert M. Hirsh*
      Robert M. Hirsh
      Heike M. Vogel
      ARENT FOX LLP
      1675 Broadway
      New York, New York 10019
      (212) 484-3900